

FILED
APR -4 2016
Clerk, U.S. District Court
By:_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOREL SHOPHAR                            )
_____       )
_____       )
                                         )
(Enter above the full name of the Plaintiff(s))  )
                                         )
vs.                                      )   Case Number: 16-4034-SAC-KGS
                                         )
BUREAU OF TOBOCCO AND FIREARMS           )
Name                                     )
1041 H STREET NW SUITE 900               )
Street and number                        )
WASHINGTON   DC   20226                  )
City          State       Zip Code       )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.   Name of plaintiff  JOREL SHOPHAR

     Address  2828 SW. ARROWHEAD
              TOPEKA, KS 66614

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

    B.    Defendant _____ is

          employed at _____

    C.    Additional Defendants __CITY OF OVERLAND PARK__

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

    A.    (If Applicable) Diversity of citizenship and amount:

        1.    Plaintiff is a citizen of the State of __KANSAS__

        2.    The first-named defendant above is either

            (a.)    a citizen of the State of __KANSAS__ ; or

            b.    a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

        3.    The second-named defendant above is either

            (a.)    a citizen of the State of __DC__ ; or

            b.    a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

✓ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

✓ 3. Other grounds (specify and state any statute which gives rise to such grounds):

VIOLATION OF FEDERAL LAW

18 U.S.C. § 922 G [1]

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

CITY OF OVERLAND PARK VIOLATED MY CIVIL RIGHT PURSUANT TO KSA 21-6102 and 42 U.S. CODE § 1981 AND DID NOT ALLOW ME TO REPORT AN ASSAULT COMMITTED HOWEVER CITY OF OVERLAND PARK GAVE RIGHTS TO THE SUBJECT THAT COMMITTED THE ACT AGAINST MYSELF AND A MINOR.

_____

_____

_____.

IV.   Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

✱ BUREAU OF FIREARM AND TABOCCO - UPHOLD THE LAW PURSUANT TO 18 U.S.C. §922 (g) [1]

CITY OF OVERLAND PARK $150,000 PUNITIVE FOR VIOLATION OF CIVIL RIGHTS.

V.   Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [✓]   No [ ]

VI.  Do you claim actual damages for the acts alleged in your complaint?   Yes [✓]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [✓]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

DUE TO THE CITY OF OVERLAND PARK VIOLATING MY RIGHTS TO CIVIL LIBERTIES, I NOW LOST OPPORTUNITY FOR SUIT AGAINST SUBJECT FOR AN ASSAULT COMMITTED AGAINST ME IN THE PRESSENCE OF A CHILD.

4

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [✓] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

SOCIAL SECURITY SERVICES

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

THERE WAS NO RESOLUTION

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

✓ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_[signature]_
Signature of Plaintiff

JOREL SHOPHAR
Name (Print or Type)

5

2828 SW. ARROWHEAD
Address

TOPEKA   KS   66614
City   State   Zip Code

785  893  0650
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐Wichita, ☐Kansas City or ☑Topeka, Kansas as the location for the trial in this matter.
(check one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☐yes ☑no .
(check one)

_____
Signature of Plaintiff

Dated: 4-4-2016
(Rev. 8/07)

6

**Additional Information**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____